IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cuevas, Fernando | Case Number: 08 B 07896 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/29/08 | Filed: 4/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: April 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 27,623.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 5,254.46 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 104.51 | 0.00 |
| 6. | Capital One Auto Finance | Secured | | No Claim Filed |
| 7. | Emergency Physicians | Unsecured | | No Claim Filed |
| 8. | Circuit City | Unsecured | | No Claim Filed |
| 9. | Pathology Consultants Inc | Unsecured | | No Claim Filed |
| 10. | Comcast | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Sprint Nextel | Unsecured | | No Claim Filed |
| 13. | Mercy Physician Billing | Unsecured | | No Claim Filed |
| | | | $ 32,981.97 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Cuevas, Fernando | Case Number:  08 B 07896 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/29/08 | Filed:  4/2/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

                      _/s/ Mach_____